UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Leonard McGraw,　　　　　　　　　　　　Civ. No. 09-3727 (PAM/JSM)

　　　　　　　　　Petitioner,

v.　　　　　　　　　　　　　　**ORDER FOR DISMISSAL**

United States Of America,

　　　　　　　　　Defendant.

---

Pursuant to Petitioner's Notice of Voluntary Dismissal (Docket No. 9), the above-entitled action is hereby **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 19, 2010

　　　　　　　　　　　　　　　　　s/Paul A. Magnuson
　　　　　　　　　　　　　　　　　Judge Paul A. Magnuson
　　　　　　　　　　　　　　　　　United States District Court